```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 17991
    ZONNETTE A LOVE
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-2068


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/02/2007 and was not confirmed.

     The case was dismissed without confirmation 02/27/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
AMERICAN HONDA FINANCE C  SECURED VEHIC    36199.00              .00         1366.56
AMERICAN HONDA FINANCE C  UNSECURED          811.91              .00             .00
AMEX                      UNSECURED        NOT FILED             .00             .00
ASSET ACCEPTANCE LLC      UNSECURED          444.96              .00             .00
AT&T                      UNSECURED        NOT FILED             .00             .00
AT&T                      UNSECURED        NOT FILED             .00             .00
CITY OF CHICAGO PARKING   UNSECURED        NOT FILED             .00             .00
ARNOLD SCOTT HARRIS       NOTICE ONLY      NOT FILED             .00             .00
GOLDMAN AND GOLDMAN       NOTICE ONLY      NOT FILED             .00             .00
LINEBARGER GOGGAN BLAIR   NOTICE ONLY      NOT FILED             .00             .00
COLUMBUS B&T GEORGIA      FILED LATE         614.37              .00             .00
CONTEMPORARY SERVICES     UNSECURED        NOT FILED             .00             .00
SHERRONE SIMON            UNSECURED        NOT FILED             .00             .00
PREMIER BANKCARD          UNSECURED          374.02              .00             .00
PREMIER BANKCARD          UNSECURED          426.98              .00             .00
HSBC CARD SERVICES        UNSECURED        NOT FILED             .00             .00
LEADING EDGE RECOVERY SO  NOTICE ONLY      NOT FILED             .00             .00
ASSET ACCEPTANCE LLC      UNSECURED          375.37              .00             .00
NCO FIN/55                UNSECURED        NOT FILED             .00             .00
IL DEPT OF HUMAN SERVICE  NOTICE ONLY      NOT FILED             .00             .00
NELSON CHANG CAROL        UNSECURED        NOT FILED             .00             .00
BRADLEY K SULLIVAN        NOTICE ONLY      NOT FILED             .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED        NOT FILED             .00             .00
ARNOLD SCOTT HARRIS       NOTICE ONLY      NOT FILED             .00             .00
PUBLIC STORAGE            UNSECURED        NOT FILED             .00             .00
SPRINT BANKRUPTCY         UNSECURED         1621.84              .00             .00
SPRINT                    UNSECURED        NOT FILED             .00             .00
DIVERSIFIED CONSULTANTS   NOTICE ONLY      NOT FILED             .00             .00
UNITED AIRLINES           UNSECURED        NOT FILED             .00             .00
RMI/MCSI                  UNSECURED          250.00              .00             .00
RMI/MCSI                  NOTICE ONLY      NOT FILED             .00             .00
RMI/MCSI                  NOTICE ONLY      NOT FILED             .00             .00
ASSET ACCEPTANCE LLC      UNSECURED          543.47              .00             .00
ASSET ACCEPTANCE LLC      UNSECURED         8605.30              .00             .00
AMERICAN EXPRESS BANK     UNSECURED          426.69              .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 17991 ZONNETTE A LOVE
```

```
ILLINOIS DEPT OF HUMAN S  UNSECURED         3761.23              .00            .00
TIMOTHY K LIOU            DEBTOR ATTY      2,009.20                          144.47
TOM VAUGHN                TRUSTEE                                            106.00
DEBTOR REFUND             REFUND                                                .00
```

Summary of Receipts and Disbursements:

```
-----------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                  1,617.03

PRIORITY                                          .00
SECURED                                      1,366.56
UNSECURED                                         .00
ADMINISTRATIVE                                 144.47
TRUSTEE COMPENSATION                           106.00
DEBTOR REFUND                                     .00
                        ---------------    ---------------
TOTALS                   1,617.03             1,617.03
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 05/23/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE


                              PAGE   2
           CASE NO. 07 B 17991 ZONNETTE A LOVE